IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-M-2257

JOHNSON CONTROLS, INC.,

        Plaintiff,

v.

FAULKNER USA., INC.,

        Defendant.

## ORDER OF DISMISSAL

        Pursuant to the stipulated notice of dismissal, filed on October 10, 2005, it is

        ORDERED that the complaint and action are dismissed with prejudice, each party to bears its own attorney fees and costs.

        Dated: October 11th, 2005

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge